3-26-15

Abel Acosta.

I will like to Buy a complet copy of my petition for discretionary Review. P.D.R that I submited on the Date 12/11/2014 and includeing the Exibet's I will like a total due. will be for a complet copy and ~~the~~ for the Postage.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

I nfo:

Fernando Rodriguez    D.o.B 12-05-89
T.D.C # 1858563
Telford unit
3899 State Hwy 98
New Boston, TX 75570

COA No. 04-13-00187-CR
tr.ct.No. 2011-CRN-531-D3

C.C